UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HTC GLOBAL SERVICES, INC.,

      Plaintiff,

                                      Case No. 12-13577
v.                                Honorable David M. Lawson

COGNIZANT TECHNOLOGY SOLUTIONS
and RAJU KHANDAVE,

      Defendants.
_____/

## **STIPULATED ORDER OF DISMISSAL**

Pursuant to the parties' stipulation,

It is hereby **ORDERED** that the plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** and without costs to either party.

                                      s/David M. Lawson
                                      DAVID M. LAWSON
                                      United States District Judge

Dated: September 18, 2012

Stipulated to by:

/s/ John Coutilish
John G. Coutilish (P40562)
John G. Coutilish, PC
Attorney for Plaintiff
5700 Crooks Road, Ste. 220
Troy, MI 48098
(248) 375-1000

/s/ Thomas Barlow
Thomas W. H. Barlow (P10443)
Jackson Lewis LLP
Attorney for Defendant Cognizant
2000 Town Ctr., Ste. 1650
Southfield, MI 48075
(248) 936-1900

/s/ Lawrence J. DeBrincat
Lawrence J. DeBrincat (P43338)
Attorney for Defendant Khandave
DeBrincat, Padgett, Kobliska, & Zick
34705 W. Twelve Mile Road, Suite 311
Farmington Hills, MI 48331
(248) 848-7878

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on September 18, 2012.

s/Deborah R. Tofil
DEBORAH R. TOFIL

-2-